296 U.S. 598
 56 S.Ct. 114
 80 L.Ed. 423
 Nathan AMCHANITZKY, petitioner,
v.
The UNITED STATES.*
 No. 212.
 Supreme Court of the United States
 October 14, 1935
 
 1
 Mr. Nathan Amchanitzky, pro se.
 
 
 2
 Mr. Homer S. Cummings, Atty. Gen., for the United States.
 
 
 3
 For opinion below, see 81 Ct. Cl. 409.
 
 
 4
 Petition for writ of certiorari to the Court of Claims denied.
 
 
 
 *
 Rehearing denied 296 U. S. 662, 56 S. Ct. 167, 80 L. Ed. 472.